STEPHEN D. ROBERTS, PLAINTIFF IN ERROR, VS. THE
STATE OF FLORIDA, DEFENDANT IN ERROR.

Where a writ of *habeas corpus* is issued by a Justice of the Supreme
Court returnable before a Circuit Judge, and the Judge trans-
fers the case to another Circuit for trial, merely stating that
he is "disqualified to hear and determine" it, no jurisdiction
is conferred upon the Judge of the latter Circuit, even if the
case is transferable. It is necessary that the cause of disquali-
fication shall appear in the record in order to confer jurisdic-
tion wherever a cause is transferable.

Writ of Error to the Circut Court for Leon county.

The facts of the case are stated in the opinion.

*L. Harrison, A. J. Henry* for Plaintiff in Error.

*The Attorney-General* for Defendant in Error.

RANEY, C. J.:

A writ of *habeas corpus* was granted on petition of
the plaintiff in error by one of the Justices of this
court, and under Sec. 5 of Article V of the Constitu-
tion, made returnable before the Hon. John F. White,
Judge of the Third Judicial Circuit, and he made an
order transferring it to Leon county in the Second Ju-
dicial Circuit, to be heard by the Judge of that Circuit.
The latter Judge has made an order remanding the pe-
titioner to the custody in which he was when the writ
was issued. The Judge of the Third Circuit has failed

to state the ground of his disqualification, and the record does not otherwise show it.  He merely states that he is " disqualified to hear and determine" the cause.  This is not sufficient.  The cause of disqualification must appear in the record.  Williams vs. Robles, 22 Fla., 95; Swepson vs. Call and Baker, 13 Fla., 337:

If this cause is one transferable under the statute, the proceedings are for the reason stated imperfect, and do not confer jurisdiction on the Judge of the Second Circuit.  There are doubts in our minds that it is, but we cannot pass on the question now.

The judgment of the Judge of the Second Circuit must be reversed and set aside for want of jurisdiction, and the cause remanded for further proceedings by the Judge of the Third Circuit in accordance with this opinion and the law obtaining in such cases.  It will be so ordered.